UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CATALINA MESSINA, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>THE COLLEGE OF NEW JERSEY, *et al.*,<br><br>Defendants. | Civil Action No. 21-17576 (ZNQ) (DEA)<br><br>**ORDER** |

**THIS MATTER** comes before the Court upon a Motion to Dismiss by The College of New Jersey and The Board of Trustees of the College of New Jersey (collectively, "Defendants or TCNJ"). (ECF No. 15.) Plaintiffs Catalina Messina, Katherine Dieker, Christopher Jacob, Anna Zimberg, and Isabella Walz filed opposition, (ECF No. 17-2), to which Defendants replied (ECF No. 25). The Court carefully considered the parties' submissions and decided the Motion without oral argument pursuant to Federal Rule of Civil Procedure 78 and Local Civil Rule 78.1. For the reasons set forth in the accompanying Opinion, and for good cause shown,

**IT IS** on this **31st** day of **August 2022**,

**ORDERED** that Defendants' Motion to Dismiss (ECF No. 15) is **GRANTED** and Plaintiffs' Complaint (ECF No. 1) is hereby dismissed with prejudice; and it is further

**ORDERED** that the Clerk's Office is instructed to **CLOSE** this case.

ZAHID N. QURAISHI
UNITED STATES DISTRICT JUDGE

1